IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00328-KMT

CHARLES M. LYONS,

    Plaintiff,

v.

SOUTHWEST MEMORIAL HOSPITAL,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 53) of Magistrate Judge Kathleen M. Tafoya entered on March 17, 2014 it is

ORDERED that Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Title VII claim is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and Plaintiff's ADA claim is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(2).  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Southwest Memorial Hospital, and against Plaintiff, Charles M. Lyons.

Dated at Denver, Colorado this 17th day of March, 2014.

                                        FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                      By:  s/   Emily Seamon

                                    Emily Seamon
                                    Deputy Clerk